[No. 5047.    Decided January 4, 1905.]

W. D. SAPPINGTON, *Appellant*, v. WESTERN CONSTRUCTION COMPANY *et al.*, *Respondents*.[1]

Appeal from a judgment of the superior court for Clarke county, A. L. Miller, J., entered June 23, 1903.    Affirmed.

*J. M. Long*, *Alexander Sweek*, and *James P. Stapleton*, for appellant.[2]

*B. S. Grosscup*, (*W. W. McCredie* and *A. G. Avery*, of counsel), for respondent railway company.

*Cotton, Teal, & Minor*, and *W. C. Bristol*, for respondent Ætna Indemnity Co.

PER CURIAM.—For the reasons assigned in *Armour & Co.* v. *Western Construction Co.* (*ante* p. 529), just decided, the judgment in this case will be affirmed.

---

[No. 5358.    Decided January 26, 1905.]

R. H. OSBORN, *Appellant*, v. PIONEER MUTUAL INSURANCE ASSOCIATION *of Seattle, Respondent*.[3]

Appeal from a judgment of the superior court for Walla Walla county, Brents, J., entered January 29, 1904, upon granting a nonsuit.    Affirmed.

*George T. Thompson* and *Oscar Cain*, for appellant.

*H. T. Granger*, for respondent.

PER CURIAM.—Action was brought to recover on an insurance policy.  At the conclusion of the plaintiff's testimony, the defendant challenged the sufficiency of the testimony and moved the court for a nonsuit, which motion was sustained, and the cause dismissed at plaintiff's cost, to which orders and judgment the plaintiff excepted and his exception was duly allowed.  No question is raised upon the pleadings, and no statement of facts is brought to this court.  This court is therefore not in a position to review the rulings or decisions of the trial court.

The judgment is affirmed.

[1]Reported in 78 Pac. 1118.
[2]NOTE—For citations of counsel, see note, *ante* page 532.—REP.
[3]Reported in 79 Pac. 286.